**Order entered July 8, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-21-00043-CV**

**IN THE INTEREST OF R.B., A CHILD, Appellant**

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-30016-2019**

**ORDER**

By this order, we remove this case from submission on July 19, 2021 and set

the case for submission today, July 8, 2021. *See* TEX. R. APP. P. 2

/s/     KEN MOLBERG
        JUSTICE